JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERMOVICK, | Case No.: CV05-6018-R |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MITCHELL, SILBERBERG & KNUPP LLP LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES, an ERISA Plan; DOES 1 through 10, inclusive | JS-6 |
| **Defendants.** | |

This ERISA case proceeded to a bench trial on October 21, 2008. The Court has reviewed the entire administrative record in addition to the trial briefs, the pleadings and the evidence presented by both sides.

Having entertained extensive arguments by the parties at the time of trial, the Court concludes that plaintiff James Ermovick has failed to carry his burden of proof by a preponderance of evidence to show that he is entitled to benefits under the terms of the plan. Plaintiff does not meet the contractual definition of total disability (i.e.: the inability to perform the duties of any gainful occupation for which he is reasonably fitted by education, training or experience).

|  |  |
|---|---|
| 1 | Accordingly, having applied de novo review in conducting its independent |
| 2 | and thorough inspection of the administrator's decision, the Court hereby enters |
| 3 | judgment in favor of defendant MITCHELL, SILBERBERG & KNUPP LLP |
| 4 | LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES, an ERISA |
| 5 | Plan, and against plaintiff James Ermovick. |
| 6 | Defendant may file a motion for attorneys' fees and costs as the prevailing |
| 7 | party which will be ruled upon separately. |

Dated: February 3, 2009

By: _____
       Hon. Manuel L. Real

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by Wilson, Elser, Moskowitz, Edelman & Dicker and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, CA 90071.

On **January 22, 2009**, I served the foregoing document described as **[PROPOSED] JUDGMENT** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Charles J. Fleishman, Esq.
Law Offices of Charles J. Fleishman, APC
19839 Nordhoff Street
Northridge, CA 91324
TEL: 818-350-6285
FAX: 818-350-6272
erisa@erisarights.com

  **X** **(BY FEDERAL EXPRESS)** The above described pleading was sent by Federal Express on the date above indicted to those persons listed on the attached service list.

  **XX** (Federal) I declare under penalty of perjury that the above is true and correct. Executed on **January 22, 2009**, at Los Angeles, California.

/s/ Raquel Burgess

Raquel Burgess